IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID JOHN HANSON,

        Plaintiff,

v.

                                                       Case No. 19-cv-892-wmc

ANDREW M. SAUL,
Commissioner of Social Security

       Defendant.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew M. Saul against plaintiff David John Hanson affirming the Commissioner's decision denying plaintiff's application for disability insurance benefits and supplemental security income.

| s/ V. Olmo, Deputy Clerk | 8/13/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |